# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Gerard Oliver<br><br>AND<br><br>Linda Oliver<br><br>    Plaintiffs,<br><br>v.<br><br>Convergent Outsourcing, Inc.<br><br>    Defendant. | Case No. 4:14-cv-01406<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now come Plaintiffs, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Hyslip & Taylor, LLC, LPA

By:    /s/ Jeffrey S. Hyslip
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    917 W. 18th Street
    Suite 200
    Chicago, IL  60608

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2014, I electronically filed the foregoing Notice.  Service of this filing will be made by the Plaintiffs' Counsel upon the following:

Shannon Smith
Director of Litigation and
Risk Management
Convergent Outsourcing, Inc.
800 SW 800th Street
Renton, WA  98057

/s/ Jeffrey Hyslip