IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GERARD AND LINDA OLIVER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1406 |
| | § | |
| CONVERGENT OUTSOURCING, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiffs' notice of dismissal, (Docket Entry No. 5), this action is dismissed with prejudice.

SIGNED on June 24, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge